# Exhibit I

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and CILAG GMBH INTERNATIONAL,<br><br>            Plaintiffs,<br><br>     v.<br><br>MSN LABORATORIES PRIVATE LTD.'S and MSN PHARMACEUTICALS INC.,<br><br>          Defendants. | **Civil Action No. 17-5005 (consolidated)**<br><br>**Contains Highly Confidential Information** |

## <u>OPENING EXPERT REPORT OF FRITZ BLATTER, PH.D.</u>

I, Fritz Blatter, Ph.D, submit the following report on behalf of Mitsubishi Tanabe Pharma Corporation, Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag GmbH International (collectively, "Plaintiffs") in this action.

## I. EXPERT QUALIFICATIONS

### A. Area of Expertise

1. I am an expert in the fields of pharmaceutical solid-state forms, organic chemistry, inorganic chemistry, and materials testing using X-ray diffraction, microscopy, including polarized light microscopy, and Raman spectroscopy.

### B. Educational Background

2. In 1985, I obtained a Diploma in Chemistry, the equivalent to a Master of Science degree, from the Department of Chemistry at the University of Bern located in Bern, Switzerland. I also studied subjects in physics, mathematics, and biology in the course of obtaining my degree.

3. In 1989, I obtained a Major in Human Medicine, the equivalent to a Bachelor of Science degree, from the Faculty of Medicine at the University of Bern.

4. From 1985 until 1989, I went on to study with Professor E. Schumacher and obtained a Ph.D. in Chemistry from the Department of Chemistry at the University of Bern. I studied topics in zeolites, clusters, catalysis and small particles. During the course of my degree, I also taught undergraduate students in general, inorganic, and physical chemistry.

5. From 1989-1990, I was a Postdoctoral Research Associate at IBM Research Laboratories in Zürich, Switzerland with Dr. K. W. Blazey and Nobel Laureate Prof. K.A. Müller. In addition, from 1991 to 1995, I was a Postdoctoral Research Associate at the University of California Berkeley in the Physical Biosciences Division, Melvin Calvin Laboratory of Ernest Orlando Lawrence Berkley National Laboratory with Dr. Heinz Frei.

HIGHLY CONFIDENTIAL

### C.  Relevant Professional Experience

6.      Currently, I am a "Mitglied des Kaders" (Partner) at Solvias AG, in Kaiseraugst, Switzerland ("Solvias").  I am also the Deputy Head of Department and Project Manager in the Department for Solid State Development.  I specialize in projects related to chemical and analytical development of new drug substances.  I have continuously developed and improved my skills in a variety of analytical testing methods, including, but not limited to, powder X-ray diffraction ("PXRD"), microscopy, and Raman spectroscopy, and those testing methods are regularly carried out in my lab at Solvias.

7.      Prior to my current position, I worked at Novartis Services AG as the Head of Laboratory of Solids & Interfaces from 1997-1999.  As the Laboratory Head, I researched and managed projects to resolve problems of importance to the chemical and pharmaceutical industry, including issues relating to properties of solids, polymorphism of drugs, crystallizations, drying, milling, thermal analysis, colloid and interface science, organic solid state chemistry, and spectroscopy.

8.      For over 20 years, I have used Raman spectroscopy, PXRD, and microscopy among other techniques in my research efforts.

9.      Throughout my professional career, I have been associated with laboratories that provide a complete range of analytical services covering all aspects of pharmaceutical and specialty chemicals.  These laboratories have been recognized for their expertise in the characterization of drug substances and dosage forms, solving manufacturing problems associated with the drug substance or drug product, providing pharmacopoeia-based analytical testing, developing solid-state analytical methods, stabilizing drugs in the solid-state, and consulting on regulatory issues.

**HIGHLY CONFIDENTIAL**

10.     I am the author (or co-author) of more than 30 publications in peer-reviewed

scientific journals.  I am also a co-inventor of 46 issued United States patents and a co-inventor

or sole inventor of about 25 pending patent applications worldwide.

11.     For a complete list of my professional experiences, publications and lectures,

please see my curriculum vitae attached hereto as Exhibit 1.

### D.  Previous Testimonial Experience

12.     Within the past four years, I testified at a deposition or at trial for the following

matters:

- *LEO Pharma A/S, LEO Pharma, Inc. v. TEVA Canada and Minister of Health*, T-
  1791-13 (April 2015 Deposition in London); and

- *Pfizer Inc. et al. v. Anchen Pharmaceuticals, Inc. et al.*, 12-cv-808 (SLR), D. Del.
  (June and July 2014 Depositions in London and New York).

### E.  Compensation

13.     I have been retained by Plaintiffs as an expert witness in the above-captioned

patent litigation brought by Plaintiffs against Defendant MSN Laboratories Private Ltd. and

MSN Pharmaceuticals, Inc. (collectively, "MSN").  I have no financial interest in the outcome of

this case.  Solvias is billing Plaintiffs 380 CHF (~ 390 USD) per hour for expert activities, 290

CHF (~ 300 USD) per hour for project work related to testing and laboratory work involving

other technical personnel at Solvias, and 200 CHF (~205 USD) for travel time and other

administrative type tasks related to the project.  Solvias is an independent provider of scientific

services and has relationships with numerous major pharmaceutical companies world-wide.  My

compensation does not depend in any way on the outcome of this litigation.

HIGHLY CONFIDENTIAL

## II.    MATERIALS CONSIDERED

14.    The opinions that I express in this report are based on the information and evidence currently available to me. A list of materials that I considered in forming my opinions set forth in this report is attached as Exhibit 2. I also relied on my general knowledge, experience, and scientific analysis.

## III.    OVERVIEW OF OPINIONS

HIGHLY CONFIDENTIAL

███     ██████████████████████████████████

███████████████████████████████████████████████████

████████████████

20.     This report sets forth my analyses and opinions based on the materials I have

considered thus far, as well as the bases for my opinions.

## IV.    RULE 26(a)(2)(B) DISCLOSURE REGARDING PROPOSED EXPERT TESTIMONY

### A.  Background

21.     ████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████



████████████████████████████████

22.     I understand that canagliflozin may exist in different solid forms, including

amorphous, crystalline anhydrous, crystalline monohydrate, and crystalline hemihydrate.  (Ex. 3,

U.S. Patent. 7,943,582; Ex. 4, U.S. Patent No. 8,513,202; Ex. 5, U.S. Patent Application

2008/0155329; Ex. 6, WO 2016/136830.)

23.    Crystalline forms are solids made up of organized molecules arranged in a regularly repeating three-dimensional array known as a crystal lattice.  An amorphous solid form is a non-crystalline solid form.  In an amorphous form, the molecules are arranged randomly.

█████    █████████████████████████████████████████

████████████████████████████████████████████████

25.    In general, PXRD is an analytical technique that can be used to identify the structure of a solid state of a material and, more specifically, to distinguish between different solid state forms of the same compound.

26.    Raman spectroscopy is yet another analytical technique that may be used to identify solid state forms of a compound.  In Raman spectroscopy, a sample is exposed to a high intensity laser light source.  Molecules in the sample scatter incident light from the laser.  A small amount of the scattered light is scattered at different wavelengths (or colors), which depend on the chemical structure of a compound—this is called Raman Scatter.  A detector measures light that is scattered at these wavelengths.  Those measurements are then processed by the instrument to create a graph called a "Raman spectrum."  A Raman spectrum features a number of peaks, showing the intensity and wavelength position of the Raman scattered light.  Each peak corresponds to a specific molecular bond vibration.  Those vibrations can vary based on the crystal structure of the compound.  Therefore, Raman spectroscopy can be used to distinguish between different solid state forms of the same compound by determining the vibrational modes of the molecules to provide a structural fingerprint by which the molecules can be identified.

27.    This report discusses two different types of Raman techniques.  FT Raman uses an instrument that generates a Raman spectrum for an entire sample.  The other type of Raman,

HIGHLY CONFIDENTIAL

Raman microspectroscopy, allows the user to isolate a particular component in a heterogeneous mixture and generate a Raman spectrum for that particular area of the sample. For example, Raman microspectroscopy can be used to analyze particles that are present in APIs to determine the solid state form of each particle. In this report, I will refer to Raman microspectroscopy as "Raman," to distinguish it from FT Raman.

28. Polarized light microscopy is an analytical method that utilizes a microscope equipped with crossed polarizers that can be employed to search for crystalline particles in a mixture of allegedly amorphous material. A polarized light microscope illuminates a sample with polarized light. Such a microscope can distinguish between amorphous and crystalline material because crystalline particles exhibit a phenomenon known as birefringence under polarized light, while amorphous materials are not birefringent. Birefringent materials such as crystals refract a single ray of light in two directions. The light refracted off of birefringent materials can be observed with the polarizing light microscope. By contrast, a polarizing light microscope can be set up so that materials that are not birefringent appear dark. Thus, the microscope can be used to differentiate between birefringent and non-birefringent materials.

### B. Materials and Methods

29. All of the experiments I performed were conducted in my laboratory at Solvias AG, in Kaiseraugst, Switzerland.



**HIGHLY CONFIDENTIAL**

Case 1:17-cv-05005-RMB-MJS   Document 324-9   Filed 05/28/20   Page 11 of 32   PageID: 11433

**HIGHLY CONFIDENTIAL**

Case 1:17-cv-05005-RMB-MJS   Document 411-8   Filed 10/09/20   Page 12 of 32
PageID: 7152
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 12 of 32 PageID:
PageID: 11434

HIGHLY CONFIDENTIAL

Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 13 of 32 PageID: 7153

**HIGHLY CONFIDENTIAL**

HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-MJS   Document 411-8   Filed 10/09/25   Page 15 of 32
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 15 of 32 PageID: 7155
PageID: 11437

HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-JS   Document 411-8   Filed 10/09/20   Page 16 of 32
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 16 of 32   PageID: 7156
PageID: 11438

HIGHLY CONFIDENTIAL

Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 17 of 32 PageID: 7157

**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-MJS   Document 411-8   Filed 10/09/20   Page 19 of 32
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 19 of 32   PageID: 7159
PageID: 11441

HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-MJS    Document 411-8    Filed 10/09/20    Page 20 of 32
Case 1:17-cv-05005-RMB-JS    Document 324-9    Filed 05/28/20    Page 20 of 32 PageID: 7160
PageID: 11442

HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 21 of 32   PageID: 7161

HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-JS   Document 411-8   Filed 10/09/20   Page 22 of 32
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 22 of 32 PageID: 7162
PageID: 11444

**HIGHLY CONFIDENTIAL**

HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-JS    Document 324-9    Filed 05/28/20    Page 24 of 32 PageID: 11446

HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

Case 1:17-cv-05005-RMB-JS   Document 411-8   Filed 10/09/20   Page 27 of 32
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 27 of 32   PageID: 7167
PageID: 11449

HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



Case 1:17-cv-05005-RMB-JS   Document 411-8   Filed 10/09/20   Page 29 of 32
PageID: 11451
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 29 of 32 PageID: 7169

**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



Case 1:17-cv-05005-RMB-JS   Document 411-8   Filed 10/09/20   Page 31 of 32
Case 1:17-cv-05005-RMB-JS   Document 324-9   Filed 05/28/20   Page 31 of 32   PageID: 7171
PageID: 11453

**HIGHLY CONFIDENTIAL**

## V.   SUPPLEMENTATION

70.   I reserve the right to supplement or amend my opinions in response to opinions expressed by MSN's experts, or in light of additional evidence, testimony, discovery, or other information that may be provided to me after the date of this report.

71.   In addition, I expect that I may be asked to consider and testify about issues that may be raised by MSN's fact witnesses and technical experts at trial or in their reports.  It may also be necessary for me to supplement my opinions as a result of ongoing discovery, Court rulings and testimony at trial.

## VI.   TRIAL EXHIBITS

72.   I may rely on visual aids and demonstrative exhibits that demonstrate the bases for my opinions. These visual aids and demonstrative exhibits may include, for example, interrogatory responses, deposition testimony and exhibits, as well as charts, photographs, diagrams, videos, and animated or computer-generated videos.

## VII.   CONCLUSION

█  ████████████████████████████████

████████████████████████████████████████

████████████████████████████████

Executed this 5th day of February 2020.  I declare under penalty of perjury that the

forgoing is true and correct.

_____

Fritz Blatter, Ph.D.